Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 595,513
Registered Sep. 21, 1954
Renewal Term Begins Sep. 21, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### WAYFARER

BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE CHASE SQUARE
P.O. BOX 54
ROCHESTER, NY 14604, BY CHANGE OF NAME FROM BAUSCH & LOMB OPTICAL COMPANY (NEW YORK CORPORATION) ROCHESTER, NY

FOR: SUN GLASSES, IN CLASS 26 (INT. CL. 9).

FIRST USE 3-11-1953; IN COMMERCE 3-11-1953.

SER. NO. 71-655,230, FILED 10-23-1953.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Exhibit 1**

# UNITED STATES PATENT OFFICE

Registered Sept. 21, 1954            595,513

## PRINCIPAL REGISTER
### Trade-Mark

Ser. No. 655,230, filed Oct. 23, 1953

# WAYFARER

Bausch & Lomb Optical Company (New York corporation)
635 St. Paul St.
Rochester, N. Y.

For: SUN GLASSES, in CLASS 26.
First used Mar. 11, 1953, and in commerce Mar. 11, 1953.

COMB. AFF. SEC. 8 & 15

NOV 6 1959

Exhibit 1