United States Courts
Southern District of Texas
FILED

MAY 16 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

Defendant: City Eyewear.                     Plaintiff: OAKLEY

Case Number: 4:19-cv-00234

Date: 05/16/2019

ATT: United states District Judge (Honorable judge Sim Lake).

I already filed the answer that was submitted on 02/22/2019 (copy enclosed)

I cannot afford to pay for an attorney, I made several attempts to contact young association layers in Houston and Austin as well as (Houston Bar Association) witch I have not received a respond as of yet.

Regard's

Mr. Mostaine

On Behalf of City Eyewear